H. W. Hayes, as Administrator of the Estate of Mordaunt Hayes, Deceased, Plaintiff in Error, v. Florida East Coast Railway Company, a Corporation, Defendant in Error.

Writ of error to a judgment of the Circuit Court for Duval County.

A. H. King, for Plaintiff in Error.

Alex. St. Clair-Abrams, for Defendant in Error.

Writ of error dismissed on motion of counsel for defendant in error on March 5th, 1913.

———

The Heard National Bank, a Corporation, Appellant, v. P. D. Cassidey and James R. Collins, Appellees.

Appeal from orders of the Circuit Court for the County of Duval.

W. S. Jennings, for Appellant.

Powell & Pelot, for Appellees.

Appeal dismissed on motion of respective parties on April 1st, 1913.

———

The J. J. McCaskill Company, a Corporation, Plaintiff in Error, v. Mizell Live Stock Company, a Corporation, Defendant in Error.

Writ of error to a judgment of the Circuit Court for Walton County.

Wm. W. Flournoy, for Plaintiff in Error.

C. L. Wilson, for Defendant in Error.

Writ of error dismissed on motion of counsel for defendant in error on May 27th, 1913.